# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERTO CEPEDA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-14093-FDS |
| CHELSEA POLICE DEPT., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER FOR DISMISSAL

**SAYLOR, J.**

On July 14, 2015, this Court issued a Memorandum and Order (Docket No. 5) directing plaintiff to demonstrate good cause why this action should not be dismissed in its entirety (or, in the alternative, stayed until resolution of his criminal matter), by August 18, 2015. This Court advised plaintiff that failure to comply with the directives contained therein would likely result in a dismissal of this action. To date, plaintiff has failed to file any response as directed, and the time period for doing so has expired.

Accordingly, for the substantive reasons set forth in the Memorandum and Order (Docket No. 5) and for the failure of the plaintiff to comply with the Court's directives contained therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

**So Ordered.**

Dated: September 9, 2015

/s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge